UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25122-KMM

WINDY LUCIUS,

    Plaintiff,

v.

SKECHERS U.S.A., INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant Skechers U.S.A., Inc. ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: January 2, 2020.

                                                                    Respectfully submitted,

                                                                    */s/ J. Courtney Cunningham*
                                                                      J. Courtney Cunningham, Esq.
                                                                      J. COURTNEY CUNNINGHAM, PLLC
                                                                      FBN: 628166
                                                                      8950 SW 74th Court, Suite 2201
                                                                      Miami, FL 33156
                                                                      T:  305-351-2014
                                                                      cc@cunninghampllc.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
